# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**   09-cv-01815-LTB-MJW          FTR - Courtroom A-502

**Date:**  October 6, 2009                           Courtroom Deputy, Ginny Kramer

CHICAGO INSURANCE COMPANY,                          Michelle Mitchell - via telephone
*an Illinois corporation,*

      Plaintiff,

v.

JAN (I) b. HAMILTON,                                 Pro Se
*Ph.D., and*
JAN B. HAMILTON,
*d/b/a*
NUTRITIONAL BIOMEDICINE,

      Defendants.

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: **Motion Hearing**

**Court in Session:**    1:29 p.m.

Court calls case.  Appearances of counsel.

Opening statements by the Court.

The Court advises the Defendant as to the Local Rules of the District Court.

The Court and Ms. Hamilton discusses hiring counsel.

The Court and the parties discuss pending motions.

1:48 p.m.      Argument by Ms. Mitchell as to the Plaintiff's Motion to Strike *Defendant Jan B. Hamilton's September 3, 2009, filing (Doc. 10),* [#13] filed September 4, 2009.

1:53 p.m.      Response argument by Ms. Hamilton as to the Plaintiff's Motion to Strike.

2:16 p.m.      Argument by Ms. Hamilton as to the Defendant's Motion to Stay [#20], filed September 14, 2009.

2:17 p.m.      Response by the Plaintiff.

| | | |
|---|---|---|
| 2:19 p.m | | Argument by Ms. Hamilton as to the Defendant's Motion for Order [#21] filed September 16, 2009. |
| 2:29 p.m. | | The Court receives a telephone call by Mr. L. Augustine. |

**It was ORDERED:**

1. That the Plaintiff's Motion to Strike *Defendant Jan B. Hamilton's September 3, 2009, Filing (Document 10)* [#13] filed September 4, 2009, is **granted** as stated on the record.  Documents 10 and 32 shall be sealed and not opened unless ordered by the Court.

2. That the Defendant's Motion to Stay [#20], filed September 14, 2009,  is **denied** for the reasons as stated on the record.

3. That the Defendant's Motion for Order [#21], filed September 16, 2009, is **denied** for the reasons as stated on the record.

4. That the Defendant's Motion to Reset [#28] filed September 30, 2009, is **denied as moot.**

5. A Rule 16 Scheduling Conference is schedule for **December 11, 2009, at 1:30 p.m.**  The parties shall submit a purposed scheduling order **on or before December 7, 2009.**

Hearing concluded.
**Court in recess: 2:42 p.m.**
Total In-Court Time 1 hours and 13 minutes

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.