IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-01815-LTB-MJW

CHICAGO INSURANCE COMPANY,
*an Illinois corporation,*

Plaintiff(s),

v.

JAN (I) b. HAMILTON,
*Ph.D., and*
JAN B. HAMILTON,
*d/b/a*
NUTRITIONAL BIOMEDICINE,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Pro Se Defendant Hamilton's Motion to File Criminal Theft, Coercion, Sabotage Against Individual Executives and Employees of Chicago Insurance Company by Jan B. Hamilton, Registered Dietitian, CNS and President and CEO of Nutritional Biomedicine (docket no. 53) is DENIED.  The Pro Se Defendant Hamilton cites no legal authority for the relief sought in the subject motion (docket no. 53) as required under D.C.COLO.LCivR 7.1 C.  Moreover, there is no basis in law or fact to grant the relief sought in the subject motion (docket no. 53).  If the Pro Se Defendant Hamilton believes that individual executives and employees of the Plaintiff Chicago Insurance Company have committed crimes and she is the victim of such crimes then she should contact law enforcement agencies and either the United States Attorney or the District Attorney in the jurisdiction where she believes these crimes have been committed.

Date:  December 4, 2009