**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-01815-LTB-MJW

CHICAGO INSURANCE COMPANY, an Illinois corporation,

> Plaintiff,

v.

JAN B. HAMILTON, Ph.D. and
JAN B. HAMILTON d/b/a NUTRITIONAL BIOMEDICINE,

> Defendants.

---

## ORDER

---

Jan B. Hamilton has filed a Motion for a Temporary Restraining Order.  She lists herself as plaintiff when, in fact, she is the defendant in this case.  But more fatal to the requested relief is her failure to in any way comply with or meet the standards for injunctive relief as provided in Fed.R.Civ.P. 65 generally and Fed.R. 65 (b) specifically.

Accordingly,

IT IS ORDERED that the Motion for Temporary Restraining Order (Doc No. 101) is DENIED.

BY THE COURT:


  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:  May 4, 2010