IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01815-LTB-MJW

CHICAGO INSURANCE COMPANY,
*an Illinois corporation,*

Plaintiff(s),

v.

JAN (I) B. HAMILTON,
*Ph.D., and*
JAN B. HAMILTON,
*d/b/a*
NUTRITIONAL BIOMEDICINE,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby **ORDERED** that the Pro Se Defendant Jan B. Hamilton, Requests [Motion] the Production of Documents to be Supplied by Plaintiff, Chicago Insurance Company [sic](docket no. 122) and Pro Se Defendant Jan B. Hamilton, Requests [Motion] the Production of Documents to be Supplied by Plaintiff, Chicago Insurance Company [sic] (docket no. 123) are both **DENIED** for the following reasons.

     Both of these so called "Motions" are improperly filed noting that both of these "Motions" are really seeking discovery from Plaintiff directly and the Pro Se Defendant Hamilton should not have filed such "Motions" with this court noting that there is no indication that the Pro Se Defendant Hamilton has served the Plaintiff with such "Motions" and there is no indication that the Plaintiff has not timely responded within the time frames permitted by the Federal Rules of Civil Procedure to such discovery requests  The Pro Se Defendant Hamilton continues to file motions that are premature, without legal basis and inconsistent with the Federal Rules of Civil Procedure and the Local Rules of Practice of this court.  In both of these so called "Motions", the Pro Se Defendant Hamilton has again failed to comply with D.C.COLO.LCivR 7.1 A. This court has previously warned the Pro Se Defendant Hamilton on many occasions that she needs to comply with the Federal Rules of Civil Procedure and Local Rules of Practice of this court.  In fact, Magistrate Judge Watanabe provided the Pro Se Defendant Hamilton with a hard copy of the Local Rules of Practice of this court.

Date: May 21, 2010