IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01815-LTB-MJW

CHICAGO INSURANCE COMPANY,
*an Illinois corporation,*

Plaintiff(s),

v.

JAN (I) B. HAMILTON,
*Ph.D., and*
JAN B. HAMILTON,
*d/b/a*
NUTRITIONAL BIOMEDICINE,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendant's Motion to Clarify Minute Order 124 (Docket No. 125) is granted as follows.

The Minute Order docketed as Docket No. 124 denied two requests for production of documents (Docket Nos. 122 and 123) that the defendant improperly filed as motions. The Minute Order (Docket No. 124) speaks for itself and requires no clarification.

Furthermore, a motions hearing is set before this court on Monday, May 24, 2010, starting at 9:00 a.m. and ending at an undetermined time in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The court's agenda is that at that hearing it will hear oral argument on the motions docketed as Docket Nos. 84 (motion for default judgment) and 102 (motion to compel). Defendant shall appear in person for that motions hearing.

Date: May 21, 2010