# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| Civil Action No. 09-cv-01815-LTB-MJW | FTR - Courtroom A-502 |
| **Date:** May 24, 2010 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| CHICAGO INSURANCE COMPANY, | Bethany K. Culp |
|     Plaintiff(s), | |
| v. | |
| JAN B. HAMILTON, Ph.D, and<br>JAN B. HAMILTON<br>d/b/a NUTRITIONAL BIOMEDICINE, | Pro Se |
|     Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: **MOTIONS HEARING**
**Court in Session:** 9:05 a.m.
Court calls case. Appearances of counsel and *Pro Se* defendant. It is noted attorney Bethany K. Culp has not filed an Entry of Appearance in this case and shall do so forthwith.

The Court raises Plaintiff's motions [Docket Nos. 84 and 102] for argument. In conjunction with these motions, the Court will consider the motions filed by the defendant May 23, 2010. Argument by Ms. Culp and Ms. Hamilton.

**It is ORDERED:**      Plaintiff's MOTION FOR AN ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS [Docket No. **84,** Filed March 08, 2010] is **TAKEN UNDER ADVISEMENT.**
The court will issue its written Order.

**It is ORDERED:**      Plaintiff's MOTION TO COMPEL DEFENDANTS JAN B. HAMILTON, PH.D. AND JAN B. HAMILTON, D/B/A NUTRITIONAL BIOMEDICINE TO RESPOND TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND SEEKING AN ORDER DECLARING THAT CIC'S REQUESTS FOR ADMISSIONS ARE DEEMED ADMITTED [Docket No. **102,** Filed April 30, 2010] is **TAKEN UNDER ADVISEMENT.**
The court will issue its written Order.

*09-cv-01815-LTB-MJW*
*Motions Hearing*
*May 24, 2010*


**It is ORDERED:**   Defendant Jan B. Hamilton, Ph.D., President and CEO, Nutritional Biomedicine, MOTION TO COMPELL [sic] CHICAGO INUSRANCE [sic] COMPANY TO ACCEPT PARTIAL DISCOVERY SO THAT ALL STOLEN DOCUMENTS CAN BE REPLACED AND FILED [Docket No. **127,** Filed May 23, 2010] is **TAKEN  UNDER  ADVISEMENT.**
The court will issue its written Order.

**It is ORDERED:**   Defendant Jan B. Hamilton, Ph.D., President and CEO, Nutritional Biomedicine, MOTION TO COMPELL [sic] PLAINTIFF CHICAGO INSURANCE COMPANY TO ACCEPTANCE OF DISCOVERY AND DENY DEFAULT JUDGMENT IN THIS CASE. [Docket No.  **128,** Filed May 23, 2010] is **TAKEN  UNDER  ADVISEMENT.**
The court will issue its written Order.


Hearing concluded.
**Court in recess:**     10:11 a.m.
Total In-Court Time 01:06

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free 1-800-962-3345.   FAX (303) 893-8305        www.AveryWoods.net