IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01815-LTB-MJW

CHICAGO INSURANCE COMPANY, *an Illinois corporation,*

Plaintiff,

v.

JAN (I) B. HAMILTON, *Ph.D., and*
JAN B. HAMILTON, *d/b/a* NUTRITIONAL BIOMEDICINE,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiff Chicago Insurance Company's Motion Seeking A Brief Extension to and/or Clarification Regarding the Court's Dispositive Motion Deadline Set for May 31, 2010 **(Docket No. 135)** is **granted** as follows. Inasmuch as the May 31, 2010, deadline falls on a legal holiday, the dispositive motion deadline would actually be June 1, 2010. However, in view of this court's report and recommendation issued on May 26, 2010 (Docket No. 138), it is further

**ORDERED** that the dispositive motion deadline of May 31, 2010, is vacated. It is thus further

**ORDERED** that Defendant, Jan B. Hamilton, Ph.D., President and CEO, Nutritionalbiomedicine, Motion to Compel Plaintiff Chicago Insurance Company to Award All Damages as Listed and Meet the May 31, 2010, Deadline **(Docket No. 136)** is **denied**.

Date: May 28, 2010