IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01815-LTB-MJW

CHICAGO INSURANCE COMPANY, *an Illinois corporation,*

Plaintiff,

v.

JAN (I) B. HAMILTON, *Ph.D., and*
JAN B. HAMILTON, *d/b/a* NUTRITIONAL BIOMEDICINE,

Defendants.

---

### RECOMMENDATION ON
### DEFENDANT, JAN B. HAMILTON, PH.D., PRESIDENT AND CEO, NUTRITIONALBIOMEDICINE, DESPOSTIVE [sic] MOTION TO COMPEL PLAINTIFF CHICAGO INSURANCE COMPANY TO AWARD DEFENDANT ALL DAMAGES AND REIMBURSEMENT SHOWN IN MONETARY RECOVERY DOCUMENT
### (Docket No. 133)

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

Before the court is Defendant, Jan B. Hamilton, Ph.D., President and CEO, Nutritionalbiomedicine, Despostive [Sic] Motion to Compel Plaintiff Chicago Insurance Company to Award Defendant All Damages and Reimbursement Shown in Monetary Recovery Document (Docket No. 133). In this motion, Defendants ask the court to compel Plaintiff to award damages in the amount of $36,149,624. Defendants attach Exhibit A which itemizes the damages sought. Defendants, however, have not provided a basis in law or in fact for such relief. Furthermore, the same day Defendants' motion was filed, this court recommended that a default judgment be entered in favor of the Plaintiff Chicago Insurance Company and against Defendants Jan B. Hamilton, Ph.D.,

and Jan B. Hamilton d/b/a Nutritional Biomedicine jointly and severally. (Docket No. 138). It is thus hereby

**RECOMMENDED** that Defendant, Jan B. Hamilton, Ph.d., President and CEO, Nutritionalbiomedicine, Despostive [Sic] Motion to Compel Plaintiff Chicago Insurance Company to Award Defendant All Damages and Reimbursement Shown in Monetary Recovery Document (Docket No. 133) be denied.

**NOTICE: Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2), the parties have fourteen (14) days after service of this recommendation to serve and file specific written objections to the above recommendation with the District Judge assigned to the case. A party may respond to another party's objections within fourteen (14) days after being served with a copy. The District Judge need not consider frivolous, conclusive, or general objections. A party's failure to file and serve such written, specific objections waives *de novo* review of the recommendation by the District Judge, Thomas v. Arn, 474 U.S. 140, 148-53 (1985), and also waives appellate review of both factual and legal questions. Makin v. Colorado Dep't of Corrections, 183 F.3d 1205, 1210 (10th Cir. 1999); Talley v. Hesse, 91 F.3d 1411, 1412-13 (10th Cir. 1996).**

Date: May 28, 2010                        S/ Michael J. Watanabe
       Denver, Colorado               Michael J. Watanabe
                                               United States Magistrate Judge