**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-01815-LTB-MJW

CHICAGO INSURANCE COMPANY, an Illinois corporation,

    Plaintiff,

v.

JAN B. HAMILTON, Ph.D. and
JAN B. HAMILTON d/b/a NUTRITIONAL BIOMEDICINE,

    Defendants.

___

**ORDER**
___

This case is before me on the recommendation of the Magistrate Judge issued and served on May 28, 2010 (Doc 141). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendant, Jan B. Hamilton, Ph.D., President and CEO, Nutritional Biomedicine, Despostive [sic] Motion to Compel Plaintiff Chicago Insurance Company to Award Defendant All Damages and Reimbursement Shown in Monetary Recovery Document (Doc 133) is DENIED.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED: June 18, 2010