IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01815-LTB-MJW

CHICAGO INSURANCE COMPANY,
*an Illinois corporation,*

Plaintiff(s),

v.

JAN (I) B. HAMILTON,
*Ph.D., and*
JAN B. HAMILTON,
*d/b/a*
NUTRITIONAL BIOMEDICINE,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Defendant, Jan B. Hamilton, Ph.D., President and CEO, Nutritional Biomedicine, Motion to Clarify Minute Order Denying and Striking the Pretrial Order (Docket No. 177), filed with the court on July 26, 2010, is granted as follows. The Final Pretrial Conference that had been set for July 29, 2010, at 9:00 a.m. has been vacated (canceled) and has not been reset. (See Docket No. 174 - Minute Order vacating the Final Pretrial Conference). There thus is no need for a proposed Final Pretrial Order to be submitted by the parties at this time. Consequently, defendant's tendered Pretrial Order was stricken.

Date: July 27, 2010