IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01815-LTB-MJW

CHICAGO INSURANCE COMPANY,
an Illinois corporation,

       Plaintiff,

v.

JAN B. HAMILTON, Ph.D. and
JAN B. HAMILTON d/b/a Nutritional Biomedicine,

       Defendants.

---

ORDER TO CURE DEFICIENCY

---

Bacbock, Senior Judge

    Defendant Jan B. Hamilton submitted a Motion of Appeal to the 10th Circuit Court of Appeals, which is being treated as a notice of appeal, on August 20, 2010 . The court has determined that the document is deficient as described in this order. Defendant Jan B. Hamilton will be directed to cure the following if she wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X   is not submitted
     __   is not on proper form (must use the court's current form)
     __   is missing original signature by plaintiff/petitioner on motion
     __   is missing affidavit
     __   affidavit is incomplete
     __   is missing original signature by plaintiff/petitioner on affidavit

> ___ affidavit is not notarized or is not properly notarized
> ___ other_____

Accordingly, it is

ORDERED that Defendant Jan B. Hamilton cure the deficiencies designated above within 30 days from the date of this order. Any papers that Defendant Jan B. Hamilton filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Defendant Jan B. Hamilton, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Defendant Jan B. Hamilton fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __23rd__ day of August, 2010.

BY THE COURT:


____s/Lewis T. Babcock_____
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO