IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 09-cv-01815-LTB-MJW

CHICAGO INSURANCE COMPANY, an Illinois corporation,

       Plaintiff,

v.

JAN B. HAMILTON, Ph.D., and
JAN B. HAMILTON d/b/a NUTRITIONAL BIOMEDICINE,

       Defendants.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

Defendant's Motion to Clarify (Doc 196 - filed September 13, 2010) is **DENIED**.

Dated: September 14, 2010
_____