**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-01815-LTB-MJW

CHICAGO INSURANCE COMPANY, an Illinois corporation,

       Plaintiff,

v.

JAN B. HAMILTON, Ph.D. and
JAN B. HAMILTON d/b/a NUTRITIONAL BIOMEDICINE,

       Defendants.

---

**ORDER**

---

Upon Defendant's Motion for New Trial (Doc 214), Motion for Leave to Proceed in Forma Pauperis (Doc 215), and Motion for Appointment of Counsel (Doc 216), all filed April 2, 2013, the Court notes that this matter was previously dismissed, has been affirmed on appeal, and certiorari denied by the United States Supreme Court. Therefore, it is

ORDERED that Defendant's motions are DENIED. Any further filings/motions in this matter may be stricken.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   April 4, 2013